**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Petersen Health Care - Illini, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Illini Heritage Rehab & Health Care |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 6 – 0 2 3 2 3 1 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1315   Curt Dr.<br>Number   Street | 830   West Trailcreek Dr.<br>Number   Street |
| | P.O. Box |
| Champaign   IL   61821<br>City   State   ZIP Code | Peoria   IL   61614<br>City   State   ZIP Code |
| Champaign<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number   Street<br><br>City   State   ZIP Code |

5. **Debtor's website** (URL)   petersenhealthcare.net

Debtor    Petersen Health Care - Illini, LLC
_____
Name

Case number *(if known)*_____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   6    2    3    1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Petersen Health Care - Illini, LLC    Case number *(if known)* _____
_____
Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Schedule 1 _____  Relationship  Affiliate _____

        District  Delaware _____  When  03/20/2024
                                                    MM / DD / YYYY

        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

                          _____

                          _____
                          City                            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

---

Debtor    Petersen Health Care - Illini, LLC
_____    Case number (*if known*)_____
          Name

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(On a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☑ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

(On a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

(On a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2024
            _____
            MM / DD / YYYY

✗ /s/ David R. Campbell                          David R. Campbell
_____              _____
Signature of authorized representative of debtor    Printed name

Title  Authorized Signatory
      _____

| Debtor | Petersen Health Care - Illini, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✘ /s/ Andrew L. Magaziner
_____
Signature of attorney for debtor

Date   03/20/2024
_____
MM  / DD / YYYY

Andrew L. Magaziner
_____
Printed name

Young Conaway Stargatt & Taylor, LLP
_____
Firm name

1000        North King Street
_____
Number        Street

Wilmington                                             DE        19801
_____        _____        _____
City                                                  State       ZIP Code

302-571-6600                                          AMagaziner@ycst.com
_____        _____
Contact phone                                          Email address

5426                                                  DE
_____        _____
Bar number                                             State

**SCHEDULE 1**

**Pending Bankruptcy Cases Filed by Affiliated Entities**

On the date hereof, each of the related entities listed below (collectively, the "Debtors"), including the debtor in this chapter 11 case, filed a petition in the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532. Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases for administrative purposes only.

| No. | Entity Name | Federal Employer Identification Number (EIN) If Available |
|---|---|---|
| 1. | Aledo HCO, LLC | 37-1958952 |
| 2. | Aledo RE, LLC | 84-2882941 |
| 3. | Arcola HCO, LLC | 38-4133702 |
| 4. | Arcola RE, LLC | 84-2897485 |
| 5. | Aspen HCO, LLC | 61-1951298 |
| 6. | Aspen RE, LLC | 84-2909991 |
| 7. | Bement HCO, LLC | 30-1213830 |
| 8. | Bement RE, LLC | 84-2928509 |
| 9. | Betty's Garden HCO, LLC | 84-4816013 |
| 10. | Betty's Garden RE, LLC | 84-4829579 |
| 11. | Bradford AL RE, LLC | 84-2959125 |
| 12. | Bushnell AL RE, LLC | 84-2972862 |
| 13. | Casey HCO, LLC | 84-2841325 |
| 14. | Collinsville HCO, LLC | 32-0615702 |
| 15. | Collinsville RE, LLC | 84-2944240 |
| 16. | CYE Bradford HCO, LLC | 35-2678010 |
| 17. | CYE Bushnell HCO, LLC | 36-4954875 |
| 18. | CYE Girard HCO, LLC | 87-1840478 |
| 19. | CYE Kewanee HCO, LLC | 84-2039756 |
| 20. | CYE Kewanee- PHC, Inc. | 84-3322428 |
| 21. | CYE Knoxville - PHC, Inc | 84-3292643 |
| 22. | CYE Knoxville HCO, LLC | 84-2049047 |
| 23. | CYE Monmouth - PHC, Inc | 84-3307613 |
| 24. | CYE Monmouth HCO, LLC | 84-2081064 |
| 25. | CYE Sullivan HCO, LLC | 37-1958957 |
| 26. | CYE Walcott HCO, LLC | 38-4133707 |
| 27. | CYV Kewanee AL RE, LLC | 84-3551424 |
| 28. | Decatur HCO, LLC | 61-1951302 |
| 29. | Decatur RE, LLC | 84-3018482 |
| 30. | Eastview HCO, LLC | 30-1213832 |
| 31. | Eastview RE, LLC | 84-3033493 |
| 32. | Effingham HCO, LLC | 32-0615705 |

| No. | Entity Name | Federal Employer Identification Number (EIN) If Available |
|---|---|---|
| 33. | Effingham RE, LLC | 84-3046989 |
| 34. | El Paso - PHC, Inc | 84-3232890 |
| 35. | El Paso HCC, LLC | 84-1799008 |
| 36. | El Paso HCO, LLC | 84-1977403 |
| 37. | Flanagan - PHC, Inc. | 84-3247972 |
| 38. | Flanagan HCC, LLC | 84-1729655 |
| 39. | Flanagan HCO, LLC | 84-1988199 |
| 40. | Havana HCO, LLC | 35-2678014 |
| 41. | Havana RE, LLC | 84-3064965 |
| 42. | Jonesboro, LLC | 30-0760183 |
| 43. | Kewanee AL, LLC | 84-2156306 |
| 44. | Kewanee HCO, LLC | 84-2846119 |
| 45. | Kewanee, LLC | 32-0397428 |
| 46. | Knoxville & Pennsylvania, LLC | 87-3666370 |
| 47. | Knoxville AL, LLC | 84-2168982 |
| 48. | Lebanon HCO, LLC | 36-4954883 |
| 49. | Lebanon RE, LLC | 84-3096505 |
| 50. | Legacy - PHC Inc. | 84-3336567 |
| 51. | Legacy Estates AL, LLC | 84-2183672 |
| 52. | Legacy HCO, LLC | 84-2062199 |
| 53. | Macomb, LLC | 61-1705948 |
| 54. | Marigold - PHC Inc | 84-3262379 |
| 55. | Marigold HCC, LLC | 84-1746552 |
| 56. | Marigold HCO, LLC | 84-2003234 |
| 57. | MBP Partner, LLC | N/A |
| 58. | McLeansboro HCO, LLC | 37-1958962 |
| 59. | McLeansboro RE, LLC | 84-3111318 |
| 60. | Midwest Health Operations, LLC | 26-4230617 |
| 61. | Midwest Health Properties, LLC | 26-4175080 |
| 62. | Monmouth AL, LLC | 84-2199049 |
| 63. | North Aurora HCO, LLC | 84-2866215 |
| 64. | North Aurora, LLC | 30-0760477 |
| 65. | Petersen 23, LLC | 46-0587947 |
| 66. | Petersen 25, LLC | 46-0598843 |
| 67. | Petersen 26, LLC | 46-0607608 |
| 68. | Petersen 27, LLC | 46-0616994 |
| 69. | Petersen 29, LLC | 46-0634866 |
| 70. | Petersen 30, LLC | 46-0649755 |
| 71. | Petersen Farmer City, LLC | 26-0232140 |
| 72. | Petersen Health & Wellness, LLC | 46-1968062 |
| 73. | Petersen Health Business, LLC | 47-3079352 |
| 74. | Petersen Health Care - Farmer City, LLC | 26-0232003 |
| 75. | Petersen Health Care - Illini, LLC | 26-0232314 |

| No. | Entity Name | Federal Employer Identification Number (EIN) If Available |
|---|---|---|
| 76. | Petersen Health Care - Roseville, LLC | 27-1255961 |
| 77. | Petersen Health Care II, Inc. | 74-3055934 |
| 78. | Petersen Health Care III, LLC | 20-2865989 |
| 79. | Petersen Health Care Management, LLC | 36-4719578 |
| 80. | Petersen Health Care V, LLC | 26-1834665 |
| 81. | Petersen Health Care VII, LLC | 26-3843133 |
| 82. | Petersen Health Care VIII, LLC | 20-8981354 |
| 83. | Petersen Health Care X, LLC | 27-0375868 |
| 84. | Petersen Health Care XI, LLC | 47-3170495 |
| 85. | Petersen Health Care XIII, LLC | 81-1106133 |
| 86. | Petersen Health Care, Inc. | 37-1068286 |
| 87. | Petersen Health Enterprises, LLC | 20-0349783 |
| 88. | Petersen Health Group, LLC | 47-4867337 |
| 89. | Petersen Health Network, LLC | 27-0376016 |
| 90. | Petersen Health Properties, LLC | 46-2803900 |
| 91. | Petersen Health Quality, LLC | 46-1980496 |
| 92. | Petersen Health Systems, Inc. | 30-0174073 |
| 93. | Petersen Management Company, LLC | 46-1000637 |
| 94. | Petersen MT, LLC | 46-0997351 |
| 95. | Petersen MT3, LLC | 81-1018960 |
| 96. | Petersen MT4, LLC | 86-3079508 |
| 97. | Petersen Roseville, LLC | 27-1255872 |
| 98. | Piper HCO, LLC | 38-4133714 |
| 99. | Piper RE, LLC | 84-3141268 |
| 100. | Pleasant View HCO, LLC | 61-1951306 |
| 101. | Pleasant View RE, LLC | 84-3157559 |
| 102. | Polo - PHC, Inc. | 84-3275329 |
| 103. | Polo HCO, LLC | 84-2021222 |
| 104. | Polo, LLC | 84-1764489 |
| 105. | Prairie City HCO, LLC | 30-1213838 |
| 106. | Prairie City RE, LLC | 32-0615676 |
| 107. | Robings HCO, LLC | 32-0615710 |
| 108. | Robings, LLC | 32-0397435 |
| 109. | Rosiclare HCO, LLC | 35-2678017 |
| 110. | Rosiclare RE, LLC | 84-3172615 |
| 111. | Royal HCO, LLC | 36-4954885 |
| 112. | Royal RE, LLC | 84-3187273 |
| 113. | SABL, LLC | 36-4954872 |
| 114. | SC Healthcare Holding, LLC | 84-3782584 |
| 115. | Shangri La HCO, LLC | 35-2677982 |
| 116. | Shangri La RE, LLC | 84-3367222 |
| 117. | Shelbyville HCO, LLC | 38-4133674 |
| 118. | Shelbyville RE, LLC | 84-3371534 |

| No. | Entity Name | Federal Employer Identification Number (EIN) If Available |
|---|---|---|
| 119. | SJL Health Systems, Inc. | 43-1710785 |
| 120. | South Elgin, LLC | 37-1711274 |
| 121. | Sullivan AL RE, LLC | 84-2982014 |
| 122. | Sullivan HCO, LLC | 61-1951267 |
| 123. | Sullivan RE, LLC | 84-3388115 |
| 124. | Swansea HCO, LLC | 30-1213802 |
| 125. | Swansea RE, LLC | 84-3404166 |
| 126. | Tarkio HCO, LLC | 32-0615670 |
| 127. | Tarkio RE, LLC | 84-3417034 |
| 128. | Tuscola HCO, LLC | 35-2677979 |
| 129. | Tuscola RE, LLC | 84-3434398 |
| 130. | Twin HCO, LLC | 36-4954842 |
| 131. | Twin RE, LLC | 84-3450504 |
| 132. | Vandalia HCO, LLC | 37-1958927 |
| 133. | Vandalia RE, LLC | 84-3465519 |
| 134. | Village Kewanee HCO, LLC | 61-1951269 |
| 135. | Walcott AL RE, LLC | 84-3002109 |
| 136. | War Drive, LLC | 88-2667239 |
| 137. | Watseka HCO, LLC | 30-1213803 |
| 138. | Watseka RE, LLC | 84-3480175 |
| 139. | Westside HCO, LLC | 32-0615673 |
| 140. | Westside RE, LLC | 84-3492922 |
| 141. | XCH, LLC | 32-0615696 |

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**JOINT WRITTEN CONSENT**
**OF**
**THE SOLE SHAREHOLDER AND DIRECTOR OF PETERSEN HEALTH CARE, INC.,**
**THE SOLE SHAREHOLDER AND DIRECTOR OF PETERSEN HEALTH CARE II, INC.,**
**THE SHAREHOLDERS AND SOLE DIRECTOR OF PETERSEN HEALTH SYSTEMS, INC.,**
**THE MEMBERS AND MANAGER OF ALEDO HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF ALEDO RE, LLC,**
**THE MEMBERS AND MANAGER OF ARCOLA HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF ARCOLA RE, LLC,**
**THE MEMBERS AND MANAGER OF ASPEN HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF ASPEN RE, LLC,**
**THE MEMBERS AND MANAGER OF BEMENT HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF BEMENT RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF BETTY'S GARDEN HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF BETTY'S GARDEN RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF BRADFORD AL RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF BUSHNELL AL RE, LLC,**
**THE MEMBERS AND MANAGER OF CASEY HCO, LLC,**
**THE MEMBERS AND MANAGER OF COLLINSVILLE HCO, LLC**
**THE SOLE MEMBER AND MANAGER OF COLLINSVILLE RE, LLC,**
**THE MEMBERS AND MANAGER OF CYE BRADFORD HCO, LLC,**
**THE MEMBERS AND MANAGER OF CYE BUSHNELL HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF CYE GIRARD HCO, LLC,**
**THE MEMBERS AND MANAGER OF CYE SULLIVAN HCO, LLC,**
**THE MEMBERS AND MANAGER OF CYE WALCOTT HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF CYV KEWANEE AL RE, LLC**
**THE MEMBERS AND MANAGER OF DECATUR HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF DECATUR RE, LLC,**
**THE MEMBERS AND MANAGER OF EASTVIEW HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF EASTVIEW RE, LLC,**
**THE MEMBERS AND MANAGER OF EFFINGHAM HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF EFFINGHAM RE, LLC,**
**THE MEMBERS AND MANAGER OF HAVANA HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF HAVANA RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF JONESBORO, LLC,**
**THE SOLE MEMBER AND MANAGER OF KEWANEE, LLC,**
**THE MEMBERS AND MANAGER OF KEWANEE RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF KNOXVILLE & PENNSYLVANIA, LLC,**
**THE MEMBERS AND MANAGER OF LEBANON HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF LEBANON RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF MACOMB, LLC,**
**THE SOLE MEMBER AND MANAGER OF MBP PARTNER, LLC,**
**THE SOLE MEMBER AND MANAGER OF MCLEANSBORO, LLC,**
**THE MEMBERS AND MANAGER OF MCLEANSBORO HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF MCLEANSBORO RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF MIDWEST HEALTH OPERATIONS, LLC,**
**THE SOLE MEMBER AND MANAGER OF MIDWEST HEALTH PROPERTIES, LLC,**
**THE MEMBERS AND MANAGER OF MONMOUTH AL, LLC,**
**THE SOLE MEMBER AND MANAGER OF NORTH AURORA, LLC,**
**THE MEMBERS AND MANAGER OF NORTH AURORA HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN 23, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN 25, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN 26, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN 27, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN 29, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSON 30, LLC,**

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

THE SOLE MEMBER AND MANAGER OF PETERSEN FARMER CITY, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH BUSINESS, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH CARE-FARMER CITY, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE – ILLINI, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE MANAGEMENT, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE ROSEVILLE, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE III, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE V, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH CARE VII, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE VIII, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE X, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE XI, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE XII, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE XIII, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH ENTERPRISES, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH GROUP, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH NETWORK, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH PROPERTIES, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH QUALITY, LLC,
THE MEMBERS AND MANAGER OF PETERSEN HEALTH & WELLNESS, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN MANAGEMENT COMPANY, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN MT, LLC,
THE MEMBERS AND MANAGER OF PETERSEN MT3, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN MT4, LLC,
THE SOLE MEMBER AND MANAGER OF PETERSEN - ROSEVILLE, LLC,
THE MEMBERS AND MANAGER OF PIPER HCO, LLC,
THE SOLE MEMBER AND MANAGER OF PIPER RE, LLC,
THE MEMBERS AND MANAGER OF PLEASANT VIEW HCO, LLC,
THE SOLE MEMBER AND MANAGER OF PLEASANT VIEW RE, LLC,
THE MEMBERS AND MANAGER OF PRAIRIE CITY HCO, LLC,
THE SOLE MEMBER AND MANAGER OF PRAIRIE CITY RE, LLC,
THE SOLE MEMBER AND MANAGER OF ROBINGS, LLC,
THE MEMBERS AND MANAGER OF ROBINGS HCO, LLC,
THE MEMBERS AND MANAGER OF ROSICLARE HCO, LLC,
THE SOLE MEMBER AND MANAGER OF ROSICLARE RE, LLC,
THE MEMBERS AND MANAGER OF ROYAL HCO, LLC,
THE SOLE MEMBER AND MANAGER OF ROYAL RE, LLC,
THE MEMBERS AND MANAGER OF SABL, LLC,
THE MEMBERS AND MANAGERS OF SC HEALTHCARE HOLDING, LLC,
THE MEMBERS AND MANAGER OF SHANGRI LA HCO, LLC,
THE SOLE MEMBER AND MANAGER OF SHANGRI LA RE, LLC
THE MEMBERS AND MANAGER OF SHELBYVILLE HCO, LLC,
THE SOLE MEMBER AND MANAGER OF SHELBYVILLE RE, LLC,
THE SOLE MEMBER AND MANAGER OF SOUTH ELGIN, LLC,
THE SOLE MEMBER AND MANAGER OF SULLIVAN AL RE, LLC,
THE MEMBERS AND MANAGER OF SULLIVAN HCO, LLC,
THE SOLE MEMBER AND MANAGER OF SULLIVAN RE, LLC,
THE MEMBERS AND MANAGER OF SWANSEA HCO, LLC,
THE SOLE MEMBER AND MANAGER OF SWANSEA RE, LLC,
THE MEMBERS AND MANAGER OF TARKIO HCO, LLC,
THE SOLE MEMBER AND MANAGER OF TARKIO RE, LLC,
THE MEMBERS AND MANAGER OF TUSCOLA HCO, LLC,
THE SOLE MEMBER AND MANAGER OF TUSCOLA RE, LLC,
THE MEMBERS AND MANAGER OF TWIN HCO, LLC,
THE SOLE MEMBER AND MANAGER OF TWIN RE, LLC,
THE MEMBERS AND MANAGER OF VANDALIA HCO, LLC,

2

**THE SOLE MEMBER AND MANAGER OF VANDALIA RE, LLC,**
**THE MEMBERS AND MANAGER OF VILLAGES KEWANEE HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF WALCOTT AL RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF WAR DRIVE, LLC,**
**THE MEMBERS AND MANAGER OF WATSEKA HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF WATSEKA RE, LLC,**
**THE MEMBERS AND MANAGER OF WESTSIDE HCO, LLC,**
**THE SOLE MEMBER AND MANAGER OF WESTSIDE RE, LLC,**
**AND**
**THE MEMBERS AND MANAGER OF XCH, LLC.**

**February 27, 2024**

The undersigned (collectively, the "Authorized Signatories"), constituting the (1) sole shareholder and board of directors of Petersen Health Care, Inc. ("PHC"), (2) sole shareholder and board of directors of Petersen Health Care II, Inc. ("PHC II"), (3) sole shareholder and board of directors of Petersen Health Systems, Inc. ("PHS"), (4) members and manager of Aledo HCO, LLC ("Aledo HCO"), (5) the sole member and manager of Aledo RE, LLC ("Aledo RE"), (6) members and manager of Arcola HCO, LLC, ("Arcola HCO"), (7) sole member and manager of Arcola RE, LLC, ("Arcola RE"), (8) the members and manager of Aspen HCO, LLC ("Aspen HCO"), (9) sole member and manager of Aspen RE, LLC ("Aspen RE"), (10) the members and manager of Bement HCO, LLC ("Bement HCO"), (11) sole member and manager of Bement RE, LLC ("Bement RE"), (12) sole member and manager of Betty's Garden HCO, LLC ("Betty HCO"), (13) sole member and manager of Betty's Garden RE, LLC ("Betty RE"), (14) sole member and manager of Bushnell AL RE, LLE ("Bushnell"), (15) members and manager of Casey HCO, LLC ("Casey"), (16) members and manager of Collinsville HCO, LLC ("Collinsville HCO"), (17) sole member and manager of Collinsville RE, LLC ("Collinsville RE"), (18) members and manager of CYE Bradford HCO, LLC ("CYE Bradford"), (19) members and manager of CYE Bushnell HCO, LLC ("CYE Bushnell"), (20) sole member and manager of CYE Girard HCO, LLC ("CYE Girard"), (21) members and manager of CYE Sullivan HCO, LLC ("CYE Sullivan"), (22) members and manager of CYE Walcott HCO, LLC ("CYE Walcott"), (23) members and manager of CYV Kewanee AL, LLC ("CYV Kewanee"), (24) members and manager of Decatur HCO, LLC ("Decatur HCO"), (25) sole member and manager of Decatur RE, LLC ("Decatur RE"), (26) members and manager of Eastview HCO, LLC ("Eastview HCO"), (27) sole member and manager of Eastview RE, LLC ("Eastview RE"), (28) members and manager of Effingham HCO, LLC ("Effingham"), (29) sole member and manager of Effingham RE, LLC ("Effingham RE"), (30) members and manager of Havana HCO, LLC ("Havana HCO"), (31) sole member and manager of Havana RE, LLC ("Havana RE"), (32) sole member and manager of Jonesboro, LLC ("Jonesboro"), (33) sole member and manager of Kewanee, LLC ("Kewanee"), (34) members and manager of Kewanee HCO, LLC ("Kewanee HCO"), (35) sole member and manager of Knoxville & Pennsylvania, LLC ("K&P"), (36) members and manager of Lebanon HCO, LLC ("Lebanon HCO"), (37) sole member and manager of Lebanon RE, LLC ("Lebanon RE"), (38) sole member and manager of Macomb, LLC ("Macomb"), (39) sole member and manager of MBP Partners, LLC ("MBP"), (40) members and manager of McLeansboro, LLC ("McLeansboro"), (41) members and manager of McLeansboro HCO, LLC ("McLeansboro HCO"), (42) sole member and manager of McLeansboro RE, LLC ("McLeansboro RE"), (43) sole member and manager of Midwest Health Operations, LLC ("MHO"), (44) sole member and manager of Midwest Health

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

Properties, LLC ("MHP"), (45) sole member and manager of North Aurora, LLC ("North Aurora"), (46) members and manager of North Aurora HCO, LLC ("North Aurora HCO"), (47) sole member and manager of Petersen 23, LLC ("P23"), (48) sole member and manager of Petersen 25, LLC ("P25"), (49) sole member and manager of Petersen 26, LLC ("P26"), (50) sole member and manager of Petersen 27, LLC ("P27"), (51) sole member and manager of Petersen 29, LLC ("P29"), (52) sole member and manager of Petersen 30, LLC ("P30"), (53) sole member and manager of Petersen Farmer City, LLC ("PFC"), (54) sole member and manager of Petersen Health Business, LLC ("PHB"), (55) members and manager of Petersen Health Care-Farmer City, LLC ("PHCFC"), (56) sole member and manager of Petersen Health Care Management, LLC ("PHM"), (57) sole member and manager of Petersen Health Care Roseville, LLC ("PHR"), (58) sole member and manager of Petersen Health Care III, LLC ("PHC III"), (59) sole member and manager of Petersen Health Care V, LLC ("PHC V"), (60) sole member and manager of Petersen Health Care VII, LLC ("PHC VII"), (61) sole member and manager of Petersen Health Care X, LLC ("PHC X"), (62) sole member and manager of Petersen Health Care XI, LLC ("PHC XII"), (63) sole member and manager of Petersen Health Care XII, LLC ("PHC XII"), (64) sole member and manager of Petersen Health Care XIII, LLC ("PHC XIII"), (65) members and manager of Petersen Health Enterprises, LLC ("PHE"), (66) members and manager of Petersen Health Group, LLC ("PHG"), (67) members and manager of Petersen Health Network, LLC ("PHN"), (68) members and manager of Petersen Health Properties, LLC ("PHP"), (69) members and manager of Petersen Health Quality, LLC ("PHQ"), (70) members and manager of Petersen Health & Wellness ("PHW"), (71) sole member and manager of Petersen Management Company, LLC ("Management"), (72) sole member and manager of Petersen MT, LLC ("PMT"), (73) sole member and manager of Petersen MT3, LLC ("PMT3"), (74) sole member and manager of Petersen MT4, LLC ("PMT4"), (75) sole member and manager of Petersen – Roseville, LLC ("PRV"), (76) members and manager of Piper HCO, LLC ("Piper HCO"), (77) sole member and manager of Piper RE, LLC ("Piper RE"), (78) members and manager of Pleasant View HCO, LLC ("PVHCO"), (79) sole member and manager of Pleasant View RE, LLC ("PVRE"), (80) members and manager of Prairie City HCO, LLC ("Prairie HCO"), (81) sole member and manager of Prairie City RE, LLC ("Prairie RE"), (82) sole member and manager of Robings, LLC ("Robings"), (83) members and manager of Robings HCO, LLC ("Robings HCO"), (84) members and manager of Rosiclare HCO, LLC ("Rosiclare HCO"), (85) sole member and manager of Rosiclare RE, LLC ("Rosiclare RE"), (86) members and manager of Royal HCO, LLC ("Royal HCO"), (87) sole member and manager of Royal RE, LLC ("Royal RE"), (88) members and manager of SABL, LLC ("SABL"), (89) members and manager of SC Healthcare Holding, LLC ("SCH Holding"), (90) members and manager of Shangri La HCO, LLC ("SLHCO"), (91) sole member and manager of Shangri La RE, LLC ("SLRE"), (92) members and manager of Shelbyville HCO, LLC ("Shelbyville HCO"), (93) sole member and manager of Shelbyville RE, LLC ("Shelbyville RE"), (94) sole member and manager of South Elgin, LLC ("South Elgin"), (95) sole member and manager of Sullivan AL RE, LLC ("SALRE"), (96) members and manager of Sullivan HCO, LLC ("Sullivan HCO"), (97) sole member and manager of Sullivan RE, LLC ("Sullivan RE"), (98) members and manager of Swansea HCO, LLC ("Swansea HCO"), (99) sole member and manager of Swansea RE, LLC ("Swansea RE"), (100) members and manager of Tarkio HCO, LLC ("Tarkio HCO"), (101) sole member and manager of Tarkio RE, LLC ("Tarkio RE"), (102) members and manager of Tuscola HCO, LLC ("Tuscola HCO"), (103) sole member and manager of Tuscola RE, LLC ("Tuscola RE"), (104) members and manager of Twin HCO, LLC ("Twin HCO"), (105) sole

member and manager of Twin RE, LLC ("Twin RE"), (106) members and manager of Vandalia HCO, LLC ("Vandalia HCO"), (107) sole member and manager of Vandalia RE, LLC ("Vandalia RE"), (108) members and manager of Villages of Kewanee HCO, LLC ("Villages"), (109) members and manager of Walcott AL RE, LLC ("WALRE"), (110) sole member and manager of War Drive, LLC ("War"), (111) members and manager of Watseka HCO, LLC ("Watseka HCO"), (112) sole member and manager of Pleasant View RE, LLC ("Watseka RE"), (113) members and manager of Westside HCO, LLC ("Westside HCO"), (114) sole member and manager of Westside RE, LLC ("Westside RE") and (115) members and manager of XCH, LLC ("XCH", and collectively with PHC, PHC II, PHS, Aledo HCO, Aledo RE, Arcola HCO, Arcola RE, Aspen HCO, Aspen RE, Bement HCO, Bement RE, Betty HCO, Betty RE, Bushnell, Casey, Collinsville HCO, Collinsville RE, CYE Bradford, CYE Bushnell, CYE Girard, CYE Sullivan, CYE Walcott, CYV Kewanee, Decatur HCO, Decatur RE, Eastview HCO, Eastview RE, Effingham, Effingham RE, Havana HCO, Havana RE, Jonesboro, Kewanee, Kewanee HCO, K&P, Lebanon HCO, Lebanon RE, Macomb, MBP, McLeansboro, McLeansboro HCO, McLeansboro RE, MHO, MHP, North Aurora, North Aurora HCO, P23, P25, P26, P27, P29, P30, PFC, PHB, PHCFC, PHM, PHR, PHC III, PHC V, PHC VII, PHC X, PHC XII, PHC XII, PHC XIII, PHE, PHG, PHN, PHP, PHQ, PHW, Management, PMT, PMT3, PMT4, PRV, Piper HCO, Piper RE, PVHCO, PVRE, Prairie HCO, Prairie RE, Robings, Robings HCO, Rosiclare HCO, Rosiclare RE, Royal HCO, Royal RE, SABL, SCH Holding, SLHCO, SLRE, Shelbyville HCO, Shelbyville RE, South Elgin, SALRE, Sullivan HCO, Sullivan RE, Swansea HCO, Swansea RE, Tarkio HCO, Tarkio RE, Tuscola HCO, Tuscola RE, Twin HCO, Twin RE, Vandalia HCO, Vandalia RE, Villages, WALRE, War, Watseka HCO, Watseka RE, Westside HCO, Westside RE, the "Company Group," and each, a "Company Group Entity"), **DO HEREBY CONSENT** to the taking of the following actions and **DO HEREBY ADOPT** the following resolutions by written consent, in lieu of a special meeting, in each case, in accordance with such Company Group Entity's governance documents and the applicable laws of the jurisdiction of formation of each Company Group Entity:

**WHEREAS**, the Authorized Signatories have reviewed the materials presented by the management and the advisors of the Company Group Entities regarding the liabilities and liquidity situation of the Company Group Entities (together with their respective subsidiaries, as applicable), the strategic alternatives available to it, and the impact of the foregoing on the Company Group Entity's businesses; and

**WHEREAS**, the Authorized Signatories have had the opportunity to consult with the management and the advisors of the Company Group Entities and fully consider each of the strategic alternatives available to each Company Group Entity.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Authorized Signatories hereby designate a new officer of each Company Group Entity, the Chief Restructuring Officer, with such duties and authority as Authorized Signatories shall determine, including without limitation, (a) to assist the Company Group Entity in all operations including, without limitation, access to and signing authority over any and all accounts of the Company Group Entity; (b) to assist the Company Group Entity in making all strategic decisions including, without limitation, whether (in the judgment of the Chief Restructuring Officer, it is desirable and in the best interests of the Company Group

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

Entities, their respective subsidiaries and affiliates, as applicable), their creditors and other parties in interest) to commence a case or cases (the "Case") on behalf of the Company Group Entity under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"); and (c) to execute and file on behalf of the Company Group Entity in the United States Bankruptcy Court (the "Bankruptcy Court") all petitions, schedules, lists, motions, applications, pleadings and other papers or documents necessary to commence the Case, and take any and all further acts and deeds that he, she, or the Authorized Signatories deems necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of the Case, including but not limited to, retaining counsel and other professionals, causing the Company Group Entity to obtain and/or guarantee post-petition financing and/or to obtain the consent of the Company Group Entity's existing secured lenders to the use of cash collateral according to the terms negotiated, or to be negotiated, by the management of the Company Group Entity or otherwise approved by the Bankruptcy Court, and conducting a sale of all or substantially all of the Company Group Entity's assets pursuant to section 363 of the Bankruptcy Code;

**FURTHER RESOLVED**, that David R. Campbell is hereby appointed to serve as the Chief Restructuring Officer;

**FURTHER RESOLVED**, that the appointment of David R. Campbell as the Chief Restructuring Officer be, and hereby is, confirmed, ratified, authorized and approved;

## I.    GENERAL AUTHORIZATION

**FURTHER RESOLVED**, that the Authorized Signatories hereby authorize, empower, and direct the Chief Restructuring Officer and the officers of the Company Group Entity, on behalf of Company Group Entity and in their names, to take all such further actions and to do all such things, including, without limitation, paying all such fees and expenses, and arranging for, entering into, executing and delivering any and all agreements, amendments, supplements, certificates, reports, applications, notices, letters or other documents, as the Chief Restructuring Officer and the officers of the Company Group Entity, with the advice of counsel, may approve, and to do or cause to be done any and all such other acts and things as, in the opinion of the Chief Restructuring Officer and the officers of the Company Group Entity, may be necessary, appropriate or desirable in order to enable the Company Group Entity fully and promptly to carry out the purposes and intent of the foregoing resolutions and any such action taken or any agreement, amendment, certificate, report, application, notice, filing, letter or other document executed and delivered by them or any of them in connection with any such action shall be conclusive evidence of their or his authority to take, execute and deliver the same;

**FURTHER RESOLVED**, that all actions heretofore taken by each of the Chief Restructuring Officer or any representatives or agents of the Company Group Entity or any of their affiliates in connection with the foregoing resolutions be, and are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company Group Entity;

**FURTHER RESOLVED**, that the actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the bylaws of the Company Group Entity;

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**FURTHER RESOLVED**, that all the acts of the Chief Restructuring Officer as set forth above, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Signatories hereby authorize, empower, and direct the Chief Restructuring Officer, on behalf of the Company Group Entity and in their name, to take such actions as they deem necessary or desirable in order to make the foregoing resolutions fully effective; and

**FURTHER RESOLVED**, that this consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

*[signature page follows]*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**IN WITNESS WHEREOF**, the undersigned Authorized Signatories have executed this written consent as of the date first written above, it being confirmed by such Authorized Signatories that this written consent may be delivered to each Company Group Entity by facsimile or electronic transmission, with such facsimile to be considered final and effective.

**PETERSEN HEALTH CARE, INC.**

By: Mark Petersen
Its: Sole Director and Sole Shareholder

By:  *Mark B. Petersen*

**PETERSEN HEALTH CARE II, INC.**

By: Mark B. Petersen
Its: Sole Director and Sole Shareholder

By:  *Mark B. Petersen*

**PETERSEN HEALTH SYSTEMS, INC.**

By: Mark B. Petersen
Its: Sole Shareholder and Sole Director

By:  *Mark B. Petersen*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**SABL, LLC**

> <u>By</u>: Mark B. Petersen
> <u>Its</u>: Member and Manager

By: *Mark B. Petersen*

Name: Mark B. Petersen

> By: Petersen Health Care, Inc.
> Its: Member

By: *Mark B. Petersen*

Name: Mark B. Petersen

Title: Authorized Signatory

> <u>By</u>: Petersen Health Care II, Inc.
> <u>Its</u>: Member

By: *Mark B. Petersen*

Name: Mark B. Petersen

Title: Authorized Signatory

> <u>By</u>: Petersen Health Systems, Inc.
> <u>Its</u>: Member

By: *Mark B. Petersen*

Name: Mark B. Petersen

Title: Authorized Signatory

**MBP PARTNER, LLC**

> <u>By</u>: Mark B. Petersen
> <u>Its</u>: Manager

By: *Mark B. Petersen*

Name: Mark B. Petersen

Title: Authorized Signatory

> <u>By</u>: Petersen Health Care III, LLC
> <u>Its</u>: Member

By: *Mark B. Petersen*

Name: Mark B. Petersen

Title: Authorized Signatory

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**SC HEALTHCARE HOLDINGS, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Member

By: *Mark B. Petersen*
Name: Mark B. Petersen

<u>By</u>: RASI Entity Staffing, LLC
<u>Its</u>: Independent Manager

By: *Ricardo Orozco*
Name: Ricardo Orozco
Title: Independent Manager

By: Petersen Health Care, Inc.
Its: Member

By: *Mark B. Petersen*
Name: Mark B. Petersen
Title: Authorized Signatory

<u>By</u>: Petersen Health Care II, Inc.
<u>Its</u>: Member

By: *Mark B. Petersen*
Name: Mark B. Petersen
Title: Authorized Signatory

<u>By</u>: Petersen Health Systems, Inc.
<u>Its</u>: Member

By: *Mark B. Petersen*
Name: Mark B. Petersen
Title: Authorized Signatory

**PETERSEN HEALTH CARE III, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Sole Member

By: *Mark B. Petersen*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**PETERSEN HEALTH CARE V, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Sole Member

By:  *Mark B. Petersen*
_____

**PETERSEN HEALTH CARE
MANAGEMENT, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Sole Member

By:  *Mark B. Petersen*
_____

**PETERSEN HEALTH CARE
ENTERPRISES, LLC**

<u>By</u>: SABL, LLC.
<u>Its</u>: Member

By:  *Mark B. Petersen*
_____
Name:  Mark B. Petersen
_____
Title:  Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Member and Manager

By:  *Mark B. Petersen*
_____

**PETERSEN HEALTH GROUP, LLC**

<u>By</u>: SABL, LLC.
<u>Its</u>: Member

By:  *Mark B. Petersen*
_____
Name:  Mark B. Petersen
_____
Title:  Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Member and Manager

By:  *Mark B. Petersen*
_____

11

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**PETERSEN MT, LLC**

By:  Petersen Health Care II, LLC
Its:  Member

By:  *Mark B. Petersen*

Name:  Mark B. Petersen

Title:  Authorized Signatory

By: Mark B. Petersen
Its: Manager

By:  *Mark B. Petersen*


**PETERSEN MT3, LLC**

By:  MB Partner, LLC
Its:  Member

By:  *Mark B. Petersen*

Name:  Mark B. Petersen

Title:  Authorized Signatory

By: Mark B. Petersen
Its: Manager and Member

By:  *Mark B. Petersen*


**PETERSEN MT4, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:  *Mark B. Petersen*


**WAR DRIVE, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:  *Mark B. Petersen*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**XCH, LLC**

<u>By</u>: Petersen Health Systems, Inc.
<u>Its</u>: Member

By: *Mark B. Petersen*
Name: <u>Mark B. Petersen</u>
Title: Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Member

By: *Mark B. Petersen*

**PETERSEN MANAGEMENT COMPANY, LLC**

<u>By</u>: Petersen Healthcare II, Inc.
<u>Its</u>: Sole Member

By: *Mark B. Petersen*
Name: <u>Mark B. Petersen</u>
Title: Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager

By: *Mark B. Petersen*

**PETERSEN 23, LLC,**
**PETERSEN 26, LLC,**
**PETERSEN 27, LLC**
**PETERSEN 29, LLC and**
**PETERSEN 30, LLC**

<u>By</u>: Petersen Healthcare II, Inc.
<u>Their</u>: Sole Member

By: *Mark B. Petersen*
Name: <u>Mark B. Petersen</u>
Title: Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Their</u>: Manager

By: *Mark B. Petersen*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**CYE GIRARD HCO, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By: _Mark B. Petersen_

**MIDWEST HEALTH OPERATIONS, LLC**

By: Mark B. Petersen
Its: Member and Manager

By: _Mark B. Petersen_

By: SABL, LLC
Its: Member

By: _Mark B. Petersen_
Name: Mark B. Petersen
Title: Authorized Signatory

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**MIDWEST HEALTH PROPERTIES, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:    *Mark B. Petersen*

**PETERSEN HEALTH CARE - ILLINI, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:    *Mark B. Petersen*

**PETERSEN HEALTH CARE ROSEVILLE, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:    *Mark B. Petersen*

**PETERSEN ROSEVILLE, LLC**

By: Mark B. Petersen
Its: Sole Member and Manager

By:    *Mark B. Petersen*

15

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**ALEDO RE, LLC**
**ARCOLA RE, LLC,**
**ASPEN RE, LLC,**
**BEMENT RE, LLC,**
**BRADFORD AL RE, LLC,**
**BUSHNELL AL RE, LLC,**
**COLLINSVILLE RE, LLC,**
**CYV KEWANEE AL RE, LLC,**
**DECATUR RE, LLC,**
**EASTVIEW RE, LLC,**
**EFFINGHAM RE, LLC,**
**HAVANA RE, LLC,**
**KEWANEE, LLC,**
**LEBANON RE, LLC,**
**MCLEANSBORO RE, LLC,**
**NORTH AURORA, LLC,**
**PETERSEN FARMER CITY, LLC,**
**PIPER RE, LLC,**
**PLEASANT VIEW RE, LLC,**
**PRAIRIE CITY RE, LLC,**
**ROBINGS, LLC,**
**ROSICLARE RE, LLC,**
**ROYAL RE, LLC,**
**SHANGRI LA RE, LLC**
**SHELBYVILLE RE, LLC,**
**SULLIVAN AL RE, LLC,**
**SULLIVAN RE, LLC,**
**SWANSEA RE, LLC,**
**TARKIO RE, LLC,**
**TUSCOLA RE, LLC,**
**TWIN RE, LLC,**
**VANDALIA RE, LLC,**
**WALCOTT AL RE, LLC,**
**WATSEKA RE, LLC and**
**WESTSIDE RE, LLC**

By: SC Healthcare Holdings, LLC
Their: Sole Member and Manager

By: *Mark B. Petersen*
Name: Mark B. Petersen
Title: Authorized Signatory

**ACCEPTED AND AGREED:**

By: RASI Entity Staffing, LLC
Its: Independent Manager

By: *Ricardo Orozco*
Name: Ricardo Orozco
Title: Independent Manager

16

**ALEDO HCO, LLC,**
**ARCOLA HCO, LLC,**
**ASPEN HCO, LLC,**
**BEMENT HCO, LLC,**
**CASEY HCO, LLC,**
**COLLINSVILLE HCO, LLC,**
**CYE BRADFORD HCO, LLC,**
**CYE BUSHNELL HCO, LLC,**
**CYE SULLIVAN HCO, LLC,**
**CYE WALCOTT HCO, LLC,**
**DECATUR HCO, LLC,**
**EASTVIEW HCO, LLC,**
**EFFINGHAM HCO, LLC,**
**HAVANA HCO, LLC,**
**KEWANEE HCO, LLC,**
**LEBANON HCO, LLC,**
**MCLEANSBORO HCO, LLC,**
**NORTH AURORA HCO, LLC,**
**PETERSEN HEALTH CARE-FARMER CITY,**
 **LLC,**
**PETERSEN HEALTH QUALITY, LLC,**
**PIPER HCO, LLC,**
**PLEASANT VIEW HCO, LLC,**
**PRAIRIE CITY HCO, LLC,**
**ROBINGS HCO, LLC,**
**ROSICLARE HCO, LLC,**
**ROYAL HCO, LLC,**
**SHANGRI LA HCO, LLC**
**SHELBYVILLE HCO, LLC,**
**SULLIVAN HCO, LLC,**
**SWANSEA HCO, LLC,**
**TARKIO HCO, LLC,**
**TUSCOLA HCO, LLC,**
**TWIN HCO, LLC,**
**VANDALIA HCO, LLC,**
**VILLAGES KEWANEE HCO, LLC,**
**WATSEKA HCO, LLC,**
**AND**
**WESTSIDE HCO, LLC,**

By: SABL, LLC
Their:  Member and Manager

By:        *Mark B. Petersen*
Name:     Mark B. Petersen
Title:    Authorized Signatory

By:  Mark B. Petersen
Their: Member

By:        *Mark B. Petersen*

17

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**JONESBORO, LLC,**
**MACOMB, LLC, and**
**SOUTH ELGIN, LLC,**

By:   Petersen Health Care III, LLC
Their: Sole Member

By: _Mark B. Petersen_
Name:   Mark B. Petersen
Title:   Authorized Signatory

By: Mark B. Petersen
Their: Manager

By: _Mark B. Petersen_

**PETERSEN HEALTH CARE VIII, LLC**

By: Mark B. Petersen
Its:  Sole Member and Manager

By: _Mark B. Petersen_

**PETERSEN HEALTH CARE X, LLC**

By: Mark B. Petersen
Its:  Sole Member and Manager

By: _Mark B. Petersen_

**PETERSEN HEALTH CARE XI, LLC**

By: Mark B. Petersen
Its:  Sole Member and Manager

By: _Mark B. Petersen_

18

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**PETERSEN HEALTH CARE XIII, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>:  Sole Member and Manager

By:  ___Mark B. Petersen_____

**PETERSEN HEALTH BUSINESS, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Member

By:  ___Mark B. Petersen_____

<u>By</u>: SABL, LLC
<u>Its</u>: Member

By:  ___Mark B. Petersen_____
Name:  ___Mark B. Petersen_____
Title:  Authorized Signatory

**PETERSEN HEALTH CARE VII, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Member

By:  ___Mark B. Petersen_____

<u>By</u>: SABL, LLC
<u>Its</u>: Member and Manager

By:  ___Mark B. Petersen_____
Name:  ___Mark B. Petersen_____
Title:  Authorized Signatory

19

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**PETERSEN HEALTH & WELLNESS, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Member and Manager

By: _Mark B. Petersen_

<u>By</u>: SABL, LLC
<u>Its</u>: Member

By: _Mark B. Petersen_
Name: Mark B. Petersen
Title: Authorized Signatory

**PETERSEN HEALTH NETWORK, LLC, and PETERSEN HEALTH PROPERTIES, LLC.**

<u>By</u>: Mark B. Petersen
<u>Their</u>: Member and Manager

By: _Mark B. Petersen_

<u>By</u>: MBP Partner, LLC
<u>Their</u>: Member

By: _Mark B. Petersen_
Name: Mark B. Petersen
Title: Authorized Signatory

**BETT'S GARDEN HCO, LLC,**

<u>By</u>: Petersen Health Systems, Inc.
<u>Its</u>: Sole Member

By: _Mark B. Petersen_
Name: Mark B. Petersen
Title: Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager

By: _Mark B. Petersen_

20

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**BETTY'S GARDEN RE, LLC,**

<u>By</u>:   Petersen Health Systems, Inc.
<u>Its</u>: Sole Member and Manager

By:       *Mark B. Petersen*
Name:     Mark B. Petersen
Title:    Authorized Signatory

**KNOXVILLE & PENNSYLVANIA, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager and Sole Member

By:       *Mark B. Petersen*

**MCLEANSBORO, LLC,**

<u>By</u>:   Petersen Healthcare III, LLC
<u>Its</u>: Sole Member

By:       *Mark B. Petersen*
Name:     Mark B. Petersen
Title:    Authorized Signatory

<u>By</u>: Mark B. Petersen
<u>Its</u>: Manager

By:       *Mark B. Petersen*

DocuSign Envelope ID: 044D8C45-DB19-4328-AC9B-C7C2A90FA1DF

**NORTH AURORA, LLC**

By: SC Healthcare Holdings, LLC
Their: Sole Member and Manager

By: _Mark B. Petersen_

Name: _Mark B. Petersen_

Title: _Authorized Signatory_

**ACCEPTED AND AGREED:**

By: RASI Entity Staffing, LLC
Its: Independent Manager

By: _Ricardo Orozco_

Name: _Ricardo Orozco_

Title: _Independent Manager_

22

**JOINT WRITTEN CONSENT**
**OF**
**THE SOLE MEMBER AND MANAGER OF BRADFORD AL RE, LLC,**
**THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE – ILLINI, LLC,**
**AND**
**THE SOLE MEMBER AND MANAGER OF PETERSEN HEALTH CARE VIII, LLC**

**March 12, 2024**

The undersigned (collectively, the "Authorized Signatories"), constituting the (i) sole member and manager of Bradford AL RE, LLC, an Illinois limited liability company ("Bradford"), (ii) sole member and manager of Petersen Health Care – Illini, LLC, an Illinois limited liability company ("Illini"), and (iii) sole member and manager of Petersen Health Care VIII, LLC, an Illinois limited liability Company ("PHC," and together with Bradford, and Illini, the "Company Group Entities," and each, a "Company Group Entity"), **DO HEREBY CONSENT** to the taking of the following actions and **DO HEREBY ADOPT** the following resolutions by written consent, in lieu of a special meeting, in each case, in accordance with the governance documents of each Company Group Entity and the Illinois Limited Liability Company Act:

**WHEREAS**, the Authorized Signatories have reviewed the materials presented by the management and the advisors of each Company Group Entity regarding the liabilities and liquidity situation of each Company Group Entity (together with their respective subsidiaries, as applicable), the strategic alternatives available to it, and the impact of the foregoing on the respective businesses of each Company Group Entity; and

**WHEREAS**, the Authorized Signatories have had the opportunity to consult with the management and the advisors of each Company Group Entity and fully consider each of the strategic alternatives available to such Company Group Entity.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Authorized Signatories hereby designate a new officer of each Company Group Entity, the Chief Restructuring Officer, with such duties and authority as Authorized Signatories shall determine, including without limitation, (a) to assist such Company Group Entity in all operations including, without limitation, access to and signing authority over any and all accounts of such Company Group Entity; (b) to assist such Company Group in making all strategic decisions including, without limitation, whether, in the judgment of the Chief Restructuring Officer, it is desirable and in the best interests of such Company Group Entity (together with its respective subsidiaries and affiliates, if any, creditors and other parties in interest) to commence a case or cases (the "Case") on behalf of such Company Group Entity under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq*., the "Bankruptcy Code"); and (c) to execute and file on behalf of such Company Group Entity in the United States Bankruptcy Court (the "Bankruptcy Court") all petitions, schedules, lists, motions, applications, pleadings and other papers or documents necessary to commence the Case, and take any and all further acts and deeds that he, she, or the Authorized Signatories deems necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of the Case,

including but not limited to, retaining counsel and other professionals, causing such Company Group Entity to obtain and/or guarantee post-petition financing and/or to obtain the consent of such Company Group Entity's existing secured lenders to the use of cash collateral according to the terms negotiated, or to be negotiated, by the management of such Company Group Entity or otherwise approved by the Bankruptcy Court, and conducting a sale of all or substantially all of such Company Group Entity's assets pursuant to section 363 of the Bankruptcy Code;

**FURTHER RESOLVED**, that David R. Campbell is hereby appointed to serve as the Chief Restructuring Officer of each Company Group Entity;

**FURTHER RESOLVED**, that the appointment of David R. Campbell as the Chief Restructuring Officer of each Company Group Entity be, and the same hereby is, confirmed, ratified, authorized and approved;

## I. GENERAL AUTHORIZATION

**FURTHER RESOLVED**, that the Authorized Signatories hereby authorize, empower, and direct the Chief Restructuring Officer and the officers of each Company Group Entity, on behalf of and in the name of such Company Group Entity, to take all such further actions and to do all such things, including, without limitation, paying all such fees and expenses, and arranging for, entering into, executing and delivering any and all agreements, amendments, supplements, certificates, reports, applications, notices, letters or other documents, as the Chief Restructuring Officer and the officers of such Company Group Entity, may approve, and to do or cause to be done any and all such other acts and things as, in the opinion of the Chief Restructuring Officer and the officers of such Company Group Entity, may be necessary, appropriate or desirable in order to enable such Company Group Entity fully and promptly to carry out the purposes and intent of the foregoing resolutions and any such action taken or any agreement, amendment, certificate, report, application, notice, filing, letter or other document executed and delivered by them or any of them in connection with any such action shall be conclusive evidence of their or his authority to take, execute and deliver the same;

**FURTHER RESOLVED**, that all actions heretofore taken by each of the Chief Restructuring Officer or any representatives or agents each Company Group Entity or any of their affiliates in connection with the foregoing resolutions be, and are hereby ratified, confirmed and approved in all respects as the acts and deeds of such Company Group Entity;

**FURTHER RESOLVED**, that the actions taken by this written consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the governance documents of each Company Group Entity;

**FURTHER RESOLVED**, that all the acts of the Chief Restructuring Officer as set forth above, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed and approved;

**FURTHER RESOLVED**, that the Authorized Signatories hereby authorize, empower, and direct the Chief Restructuring Officer, on behalf of each Company Group Entity and in the

2

name of such Company Group Entity, to take such actions as they deem necessary or desirable in order to make the foregoing resolutions fully effective; and

**FURTHER RESOLVED**, that this consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

*[signature page follows]*

3

**IN WITNESS WHEREOF**, the undersigned Authorized Signatories have executed this written consent as of the date first written above, it being confirmed by such Authorized Signatories that this written consent may be delivered to each Company Group Entity by facsimile or electronic transmission, with such facsimile to be considered final and effective.

**BRADFORD AL RE, LLC**

<u>By</u>: SC Healthcare Holdings, LLC
<u>Its</u>: Sole Member and Manager

By: _____
Name:   Mark B. Petersen, by Marikay Snyder P.O.A.
Title:    Authorized Signatory

**PETERSEN HEALTH CARE - ILLINI, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Sole Member and Manager

By: _____
Name:    Mark B. Petersen, by Marikay Snyder P.O.A.

**PETERSEN HEALTH CARE VIII, LLC**

<u>By</u>: Mark B. Petersen
<u>Its</u>: Sole Member and Manager

By: _____
Name:    Mark B. Petersen, by Marikay Snyder P.O.A

4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **SC Healthcare Holding, LLC et al.** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RehabCare (acquired by Select Rehabilitation LLC) 2600 Compass Road Glenview, IL 60026 | Anna Gardina Wolfe T: 847-441-5593 E: awolfe@selectrehab.com | Trade | D | | | $11,878,868.72 |
| Martin Bros 406 Viking Road Cedar Falls, IA 50613 | Kristina M. Stanger Nyemaster Goode P.C. T: 515-283-8009 E: kmstanger@nyemaster.com | Trade | D | | | $8,217,994.66 |
| Select Rehabilitation LLC 2600 Compass Road Glenview, IL 60026 | Anna Gardina Wolfe T: 847-441-5593 E: awolfe@selectrehab.com | Trade | D | | | $6,414,411.48 |
| Omnicare Department 781668 PO Box 78000 Detroit, MI 48278-1668 | Geoffrey S. Goodman Foley & Lardner LLP T: 312-832-4514 E: ggoodman@foley.com | Trade | D | | | $2,342,986.38 |
| McKesson Medical-Surgical 9954 Mayland Drive Suite 4000 Richmond, VA 23233 | Anna Watkins T: 800-453-5180 ext. 56817 E: Anna.Watkins@McKesson.com | Trade | D | | | $1,782,282.36 |
| Constellation NewEnergy Gas Division LLC PO Box 5473 Carol Stream, IL 60197-5473 | Karen Green T: 667-313-5472 E: Karen.Green@constellation.com | Utility | D | | | $1,766,355.53 |
| Onestaff Medical LLC 10802 Farnam Drive Omaha, NE 68154 | Ben Nelson T: 531-484-2920 E: bnelson@onestaffmedical.com | Trade | D | | | $1,141,002.83 |
| Lawrence Recruiting Specialists Inc. 1120 N. 103rd Plaza, Suite 300 Omaha, NE 68114 | Paige Wischmann T: 402-807-5926 E: pwischmann@lrshealthcare.com | Trade | D | | | $951,877.99 |
| PEL/VIP 9840 Southwest Highway Oak Lawn, IL 60453 | Raymond Kalinsky T: 800-779-4231 e: rayjjr@pelvip.com | Trade | D | | | $607,870.02 |
| Ginoli & Company LTD 7625 North University, Suite A Peoria, IL 61614-8303 | Michael Remmele, CPA T: 309-671-2350 E: mremmele@ginolicpa.com | Trade | D | | | $547,000.00 |
| SNF Receivable Solutions LLC PO Box 216 Thonotosassa, FL 33592 | Ann Trimble T : 513-274-9612 E: atrimble@snfreceivablesolutions.com | Trade | D | | | $522,536.85 |

| Debtor | **SC Healthcare Holding, LLC et al.** | | | | Case number *(if known)* | | |
|--------|------|------|------|------|------|------|------|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Medical Solutions LLC<br>PO Box 850737<br>Minneapolis, MN 55485-0737 | Chris Wells -<br>T: 402-524-4114<br>E: Chris.Wells@medicalsolutions.com | Trade | D | | | $498,863.25 |
| Favorite Healthcare Staffing<br>PO Box 26225<br>Overland Park, KS 66225 | Miranda Dingman<br>T: 913-363-5966<br>E: mhoeckelmann@favoritestaffing.com | Trade | D | | | $465,489.79 |
| CliftonLarsonAllen LLP<br>PO Box 775967<br>Chicago, IL 60677-5967 | Melissa A. Yoder, CPA<br>T: 309-495-8894<br>E: Melissa.Yoder@claconnect.com | Trade | D | | | $363,791.40 |
| RecoverCare LLC<br>dba Joerns LLC<br>PO Box 936446<br>Atlanta, GA 31193-6446 | Melia Crousore<br>T: 800-826-0270<br>E: melia.crousore@joerns.com | Trade | D | | | $305,870.63 |
| Nurses PRN<br>1101 East South River Street<br>Appleton, WI 54915 | Tim Hansen<br>T: 920-734-7643 | Trade | D | | | $254,626.27 |
| Newman Manor Inc/<br>C/O Newman Bank<br>2481 US-36<br>Newman, IL 61942 | Harold N. Adams<br>Meyer Capel<br>T: 217-352-1800 ext. 112<br>E: hadams@meyercapel.com | Trade | D | | | $225,133.85 |
| PointClickCare Technologies Inc.<br>PO Box 674802<br>Detroit, MI 48267-4802 | Mary Ann Mirto<br>T: 877-501-1310 Ext. 5516<br>E: maryann.mirto@smartlinx.com | Trade | D | | | $235,013.54 |
| Datamax<br>dba Sumner One<br>PO Box 5180<br>St. Louis, MO 63139-0180 | Edmund Sumner<br>T: 314-616-4295<br>E: edmunds@sumnerone.com | Trade | D | | | $187,774.35 |
| Health Advocates Network Inc.<br>dba Horizons Healthcare<br>1875 NW Corporate Boulevard, Suite 120<br>Boca Raton, FL 33431 | Monica Liebal<br>T: 309-469-2172<br>Email: Monica.Liebal@hanstaff.com | Trade | D | | | $155,132.66 |
| PIPCO Companies LTD<br>1409 West Altorfer Drive<br>Peoria, IL 61615 | Steve Cicciarelli<br>T: 309-692-4060<br>E: SteveC@pipco-co.com | Trade | D | | | $144,429.86 |
| Sage Intacct Inc.<br>Dept 3237<br>PO Box 123237<br>Dallas, TX 75312-3237 | Irene Aves<br>T: 408-709-4849<br>E: irene.aves@sage.com | Trade | D | | | $131,551.58 |
| Shiftkey LLC<br>PO Box 735913<br>Dallas, TX 75373 | Ryon Stewart<br>T: 469-947-9982<br>E: ryon.stewart@shiftkey.com | Trade | D | | | $126,120.80 |
| Rentokil Pest Control<br>PO Box 14095<br>Reading, PA 19612 | Tyler Shoemaker<br>T: 217-454-2140<br>E: tyler.shoemaker@prestox.com | Trade | D | | | $119,093.50 |
| Baker Tilly US LLP<br>205 N Michigan Ave., 28th Floor<br>Chicago, IL 60601-5927 | Colin J. Walsh<br>T: 312-729-8043<br>E: Colin.Walsh@bakertilly.com | Professional | D | | | $106,563.87 |
| Alvord, Wynona (Deborah L. Royse as Attorney-In-Fact for Wynona Alvord)<br>Taxman, Pollock, Murray, and Bekkerman<br>225 W. Wacker Dr., Ste. 1650<br>Chicago, IL 60606 | Colleen Mixan Mikaitis<br>T: 312-321-8414 | Litigation | D | | | Unknown |

| Debtor | **SC Healthcare Holding, LLC et al.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bill, Judith<br>Parker & Parker<br>300 NE Perry Ave.<br>Peoria, IL 61603 | Robert Parker<br>T: 309-237-0440<br>E: rob@parkerandparkerattorneys.com | Litigation | D | | | Unknown |
| Borries, James (Jane A Spiker & Jeffrey L. Borries, Independent Co-Executors of the Estate of James L. Borries, Sr., deceased)<br>Sutterfield Law Offices<br>208 S. Second St.<br>Effingham, IL 62401 | David Sutterfield<br>T: 217-342-3100 | Litigation | D | | | Unknown |
| Butler, Margaret (Daniel Hall Butler and Kevin Randall Butler, as Independent Co-Executors of the Estate of Ola Margaret Butler, deceased)<br>Hopkins & Huebner, PC<br>Northwest Bank Tower<br>100 E. Kimberly Road, Suite 400<br>Davenport, IA 52806-5943 | Glenn Ruud<br>T: 563-445-2254<br>E: gruudhhlawpc.com | Litigation | D | | | Unknown |
| Chamberland, Jeanette (Mary Williams, as Independent Executrix of the Estate of Jeanette Chamberland)<br>Konicek & Dillon, PC<br>70 W. Madison St., #2600<br>Chicago, IL 60602 | Thomas Dillon<br>T: 630-313-2071 | Litigation | D | | | Unknown |
| Denson, Kenneth (Kenneth C. Denson, II, as Independent Administrator of the Estate of Kenneth Clarence Denson, Sr., deceased)<br>Kralovec, Jambois & Schwartz<br>60 W Randolph St., 4th Floor<br>Chicago, IL 60601 | Eva Golabek<br>T: 312-782-2525<br>E: egolabek@sj-lawgroup.com | Litigation | D | | | Unknown |
| Downs, Mildred (Janet Van Gundy, as Independent Administrator of the Estate of Mildred M. Downs, deceased)<br>The Law Offices of Steven J. Malman<br>505 West University Avenue, Suite 119<br>Champaign, IL 61820 | Patricia Gifford<br>T: 888-407-2393<br>E: pgifford@malmanlaw.com | Litigation | D | | | Unknown |
| Hartsock, Edith (Kim U. Hartsock, as Independent Executor of the Estate of Edith S. Hartsock, deceased)<br>The Law Offices of Steven J. Malman<br>505 West University Avenue, Suite 119<br>Champaign, IL 61820 | Patricia Gifford<br>T: 888-407-2393<br>E: pgifford@malmanlaw.com | Litigation | D | | | Unknown |

| Debtor | **SC Healthcare Holding, LLC et al.** | | Case number *(if known)* | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Owens, Jimmie (Angela Rich, as Independent Administrator of the Estate of Jimmie L. Owens, Deceased)<br>Levin & Perconti<br>325 North LaSalle Street, Suite 450<br>Chicago, IL 60654 | Susan Novosad<br>T: 773-923-3083<br>E: sln@levinperconti.com | Litigation | D | | | Unknown |
| Qureshi, Mary Ellen (Mary Qureshi as Independent Administrator for the Estate of Mary Ellen Qureshi, deceased)<br>Kralovec, Jambois & Schwartz<br>60 W Randolph St., 4th Floor<br>Chicago, IL 60601 | Jeffrey Li<br>T: 872-250-1069<br>E: jli@sj-lawgroup.com | Litigation | D | | | Unknown |
| Smith, Russel<br>Holder Law Group, LLP<br>505 W University Ave., #218<br>Champaign, IL 61820 | Elizabeth Holder<br>T: 217-840-2652<br>E: betsy@holderlawpllp.com | Litigation | D | | | Unknown |
| Tipton, Rosie L. (Paul Harrington, as Independent Administrator of the Estate of Rosie L. Tipton, deceased)<br>Katz Nowinski, PC<br>1000 36th Ave.<br>Moline, IL 61265 | Aaron Curry<br>T: 309-797-3000<br>E: acurry@katzlawfirm.com | Litigation | D | | | Unknown |
| Wellenreiter, Phyllis (Rhonda Umstattd, as Independent Adminstrator for the Estate of Phyllis Wellenreiter, deceased)<br>Levin & Perconti<br>325 North LaSalle Street, Suite 450<br>Chicago, IL 60654 | Kara Rockey<br>T: 312-376-2014<br>E: kmr@levinperconti.com | Litigation | D | | | Unknown |
| Williams, Ola (Rosie Hendricks, as Independent Administrator of the Estate of Ola Williams, Deceased)<br>Levin & Perconti<br>325 North LaSalle Street, Suite 450<br>Chicago, IL 60654 | Lauren Park<br>T: 312-376-2014<br>E: lep@levinperconti.com | Litigation | D | | | Unknown |
| Winters, Joe (John Winters, as Independent Representative of the Estate of Joe F. Winters)<br>Taylor Law Offices, PC<br>122 E. Washington Ave.<br>Effingham, IL 62401 | Aaron Jones<br>T: 217-342-3925<br>E: ajones@taylorlaw.net | Litigation | D | | | Unknown |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**SC HEALTHCARE HOLDING, LLC** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24 - _____ (___)<br><br>Joint Administration Requested |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") hereby state as follows:

1.       The mailing address of all Debtors is c/o Petersen Health Care Management, LLC, 830 West Trailcreek Dr., Peoria, IL 61614.

2.       The following Debtors are wholly owned by Mark B. Petersen ("Mark Petersen"):

CYE Girard HCO, LLC
CYE Kewanee – PHC, Inc.
CYE Knoxville – PHC, Inc.
CYE Monmouth – PHC, Inc.
El Paso – PHC, Inc.
Flanagan – PHC, Inc.
Knoxville & Pennsylvania, LLC
Legacy – PHC, Inc.
Marigold – PHC, Inc.
MBP Partner, LLC ("MBP Partner")

---

[1]       The last four digits of SC Healthcare Holding, LLC's tax identification number are 2584. The mailing address for SC Healthcare Holding, LLC is c/o Petersen Health Care Management, LLC 830 West Trailcreek Dr., Peoria, IL 61614. Due to the large number of debtors in these Chapter 11 Cases, for which the Debtors have requested joint administration, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information will be made available on a website of the Debtors' proposed claims and noticing agent at www.kccllc.net/Petersen.

Midwest Health Properties, LLC
Petersen Health Care – Illini, LLC
Petersen Health Care – Roseville, LLC
Petersen Health Care II, Inc.
Petersen Health Care III, LLC
Petersen Health Care Management, LLC
Petersen Health Care V, LLC
Petersen Health Care VIII, LLC
Petersen Health Care X, LLC
Petersen Health Care XI, LLC
Petersen Health Care XIII, LLC
Petersen Health Care, Inc.
Petersen Health Systems, Inc.
Petersen MT3, LLC
Petersen MT4, LLC
Petersen Roseville, LLC
Polo – PHC, Inc.

3.      Debtors Petersen Health Network, LLC and Petersen Health Properties, LLC are owned 99% by Mark Petersen and 1% by MBP Partner.

4.      Debtors SABL, LLC ("SABL") and SC Healthcare Holding, LLC ("SC Holding") are both owned 41.04% by Mark Petersen, 31.88% by Debtor, Petersen Health Care II, Inc., 19.18% by Debtor, Petersen Health Care, Inc., and 7.9% by Debtor, Petersen Health Systems, Inc.

5.      The following Debtors are owned 99% by Mark Petersen and 1% by SABL:

Midwest Health Operations, LLC
Petersen Health & Wellness, LLC
Petersen Health Business, LLC
Petersen Health Care VII, LLC
Petersen Health Enterprises, LLC
Petersen Health Group, LLC
Petersen Health Quality, LLC
War Drive, LLC

6.      The following Debtors are wholly owned by SC Holding:

Aledo RE, LLC
Arcola RE, LLC
Aspen RE, LLC

2

Bement RE, LLC
Bradford AL RE, LLC
Bushnell AL RE, LLC
Collinsville RE, LLC
CYV Kewanee AL RE, LLC
Decatur RE, LLC
Eastview RE, LLC
Effingham RE, LLC
Havana RE, LLC
Kewanee, LLC
Lebanon RE, LLC
McLeansboro RE, LLC
North Aurora, LLC
Petersen 25, LLC
Petersen Farmer City, LLC
Piper RE, LLC
Pleasant View RE, LLC
Prairie City RE, LLC
Robings, LLC
Rosiclare RE, LLC
Royal RE, LLC
Shangri La RE, LLC
Shelbyville RE, LLC
Sullivan AL RE, LLC
Sullivan RE, LLC
Swansea RE, LLC
Tarkio RE, LLC
Tuscola RE, LLC
Twin RE, LLC
Vandalia RE, LLC
Walcott AL RE, LLC
Watseka RE, LLC
Westside RE, LLC

7.    The following Debtors are owned 99% by SABL and 1% by Mark Petersen:

Aledo HCO, LLC
Arcola HCO, LLC
Aspen HCO, LLC
Bement HCO, LLC
Casey HCO, LLC
Collinsville HCO, LLC
CYE Bradford HCO, LLC
CYE Bushnell HCO, LLC
CYE Sullivan HCO, LLC

CYE Walcott HCO, LLC
Decatur HCO, LLC
Eastview HCO, LLC
Effingham HCO, LLC
Havana HCO, LLC
Kewanee HCO, LLC
Lebanon HCO, LLC
McLeansboro HCO, LLC
North Aurora HCO, LLC
Petersen Health Care – Farmer City, LLC
Piper HCO, LLC
Pleasant View HCO, LLC
Prairie City HCO, LLC
Robings HCO, LLC
Rosiclare HCO, LLC
Royal HCO, LLC
Shangri La HCO, LLC
Shelbyville HCO, LLC
Sullivan HCO, LLC
Swansea HCO, LLC
Tarkio HCO, LLC
Tuscola HCO, LLC
Twin HCO, LLC
Vandalia HCO, LLC
Village Kewanee HCO, LLC
Watseka HCO, LLC
Westside HCO, LLC


      8.     The following Debtors are wholly owned by Petersen Health Systems, Inc.:

Betty's Garden RE, LLC
Betty's Garden HCO, LLC
XCH, Inc.


      9.     The following Debtors are wholly owned by Petersen Health Care II, LLC:

Petersen 23, LLC
Petersen 26, LLC
Petersen 27, LLC
Petersen 29, LLC
Petersen 30, LLC
Petersen Management Company, LLC
Petersen MT, LLC

10.       The following Debtors are wholly owned by Petersen Health Care III, LLC:

Jonesboro, LLC
Macomb, LLC
South Elgin, LLC

11.       The following Debtors are owned 99% by Mark Petersen and 1% by CYE
          Kewanee – PHC, Inc.:

CYE Kewanee HCO, LLC
Kewanee AL, LLC

12.       The following Debtors are owned 99% by Mark Petersen and 1% by CYE
          Knoxville – PHC, Inc.:

CYE Knoxville HCO, LLC
Knoxville AL, LLC

13.       The following Debtors are owned 99% by Mark Petersen and 1% by CYE
          Monmouth – PHC, Inc.:

CYE Monmouth HCO, LLC
Monmouth AL, LLC

14.       The following Debtors are owned 99% by Mark Petersen and 1% by El Paso –
          PHC, Inc.:

El Paso HCC, LLC
El Paso HCO, LLC

15.       The following Debtors are owned 99% by Mark Petersen and 1% by Flanagan –
          PHC, Inc.:

Flanagan HCC, LLC
Flanagan HCO, LLC

16.       The following Debtors are owned 99% by Mark Petersen and 1% by Legacy -
          PHC, Inc.:

Legacy Estates AL, LLC
Legacy HCO, LLC

17.       The following Debtors are owned 99% by Mark Petersen and 1% by Marigold –
          PHC, Inc.:

Marigold HCC, LLC

Marigold HCO, LLC

18.      The following Debtors are owned 99% by Mark Petersen and 1% by Polo – PHC, Inc.:

Polo HCO, LLC
Polo, LLC

19.      Debtor SJL Health Systems, Inc. is a Not-For-Profit.

**Fill in this information to identify the case:**

Debtor name __**Petersen Health Care - Illini, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Consolidated Corporate Ownership Statement and List of Equity Interest Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**3/20/2024**____    X____**/s/ David R. Campbell**____
                                   Signature of individual signing on behalf of debtor

**David R. Campbell**
Printed name

**Authorized Signatory**
Position or relationship to debtor